In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-26-00245-CV**
_____

**YVETTE TISDALE, Appellant**

**V.**

**EMILY BULLARD CROSS, JULIE BULLARD, KERRY BULLARD, AND DBA RIGHTWAY SERVICES TX, LLC., Appellees**

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 25-10-16125**

**MEMORANDUM OPINION**

Yvette Tisdale filed a notice of appeal from an Order on Defendants' No-Evidence Motion for Summary Judgment, signed June 3, 2026. The Order states, "This is an Interlocutory Order as Defendants' counterclaims remain pending." Through a notice issued by the appellate clerk, we notified the parties that it appears the order being appealed is neither a final judgment nor an appealable interlocutory

1

order. Appellant filed a response through which she conceded that the trial court has not yet signed a final judgment in the case.

Generally, appeals may be taken only from final judgments or interlocutory orders that are otherwise appealable by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195, 200 (Tex. 2001); *see* Tex. Civ. Prac. & Rem. Code Ann. §§ 51.012 (appeal from final judgment), 51.014 (authorizes accelerated appeals from certain interlocutory orders). A judgment or order is final if it disposes of every pending claim and party. *Lehmann*, 39 S.W.3d at 205. Tisdale concedes the Order identified in the Notice of Appeal is not appealable as a final judgment. Accordingly, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a); 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 15, 2026
Opinion Delivered July 16, 2026

Before Golemon, C.J., Johnson and Chambers, JJ.